IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JAMIE D. RUFF,**

                      **Petitioner,**

      v.                                        CASE NO. 07-3026-RDR

**RICHARD D. KOERNER,**

                      **Respondent.**


**O R D E R**

This matter comes before the court on a petition for habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner was convicted in the United States District Court for the Western District of Missouri in 2001 and is incarcerated at the Topeka Correctional Facility, Topeka, Kansas.

This matter was transferred to the undersigned following review by the Honorable Sam A. Crow of this court. The sole remaining issue is petitioner's claim that the Bureau of Prisons has miscalculated her statutory good time. She asserts she is entitled to a total of 680 days but has been awarded only 47 days per year (Doc. 1, p. 7).

Generally, a federal prisoner must exhaust administrative remedies before seeking federal habeas corpus relief under 28 U.S.C. § 2241. See Williams v. O'Brien, 792 F.2d 986, 987 (10th Cir. 1986)(petitioner challenging BOP's computation of release date must

exhaust administrative procedures "because the agency is in a superior position to investigate the facts").

Because it is not clear whether the petitioner has presented her claim to the Bureau of Prisons through the administrative remedy available to federal prisoners, see 28 C.F.R. 542.10-.16, the court directs her to supplement the record with an explanation of her efforts to resolve her claim through administrative channels.

IT IS, THEREFORE, BY THE COURT ORDERED petitioner is granted to and including May 7, 2007, to supplement the record as directed. The failure to file a timely response may result in the dismissal of the claim without prejudice and without additional prior notice.

A copy of this order shall be transmitted to the petitioner.

**IT IS SO ORDERED**.

DATED:  This 18th day of April, 2007, at Topeka, Kansas.


S/ Richard D. Rogers
RICHARD D. ROGERS
United States District Judge